```
         IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**BILLY D. COOPER**                                                **PETITIONER**

**VS.**                              **CIVIL ACTION NO. 4:05CV157–WHB–JCS**
                                  **CRIMINAL ACTION NO. 4:01CR8–WHB–JCS**

**UNITED STATES OF AMERICA**                                       **RESPONDENT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinions and Orders of this Court by which Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, and Petitioner's Motion to Amend Judgment were both denied, this case is hereby dismissed with prejudice.

SO ORDERED this the 11th day of September, 2006.

                                   s/ William H. Barbour, Jr.
                                   UNITED STATES DISTRICT JUDGE